

**MEMO ENDORSED**

3 Westchester Park Drive, Suite 410
White Plains, NY 10604
Tel: 914-331-0100
Fax: 914-331-0105
www.denleacarton.com

October 15, 2021

**By ECF**

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re: *KJY Investment LLC v. Noblesse Nail & Spa, Inc. et al.*,
          Case No. 7:20-cv-9116 (KMK)

Dear Judge Karas:

    We write on behalf of Plaintiffs in the above-referenced matter to respectfully request an adjournment of the initial conference currently scheduled for October 20, 2021 at 11:30 a.m. Defendants' counsel consents to this request.

    An adjournment is necessary because I am lead counsel for Plaintiffs and am scheduled to attend a court-ordered settlement conference in an action pending in the United States District Court for the District of Connecticut. This is Plaintiffs' first request for an adjournment.

    All counsel are available for a conference on the following days:

- October 25, 2021;
- October 26, 2021 (afternoon only);
- October 27, 2021;
- November 2, 2021.

    We appreciate the Court's attention to this matter and look forward to discussing this case with the Court.

Respectfully,

DENLEA & CARTON LLP

By: *[signature]*
Craig M. Cepler

cc: All Counsel of Record (by ECF)

*Granted. The Court will hold a teleconference on October 25, 2021 at 11:00 AM*

SO ORDERED

*[signature]*
KENNETH M. KARAS U.S.D.J.
10/19/2021