UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KJY Investment LLC et al.,

                          Plaintiffs,                    **ORDER**

        -against-                              20-cv-9116 (KMK) (AEK)

Noblesse Nail & Spa, Inc. et al.,

                          Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        This matter has been referred to Magistrate Judge Andrew E. Krause for general pretrial

supervision.  ECF No. 51.  A telephonic status conference before Magistrate Judge Krause is

scheduled for Thursday, December 9, 2021 at 11:30 a.m.  ECF No. 52.  In light of the parties'

interest in scheduling a settlement conference, this conference will include a review of the

discovery schedule, as well as short, preliminary *ex parte* discussions with counsel for each party

about their respective settlement positions.  Client representatives are not required to attend.

Dated:  November 30, 2021
        White Plains, New York

                                                **SO ORDERED.**

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge